M.G. MAHER & CO., INC. and Van Zyverden, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Paul H. O'Neill, Secretary of the Treasury, and Robert C. Bonner, Commissioner of Customs, Defendants–Appellees.

No. 03–1062.

United States Court of Appeals, Federal Circuit.

DECIDED: March 3, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Richard J. GREGORY, Seng H. Cheng, Alan Smith, Sucharita Paul, Lathleen M. Hehir, and John Marshall, Appellants,

and

Richard J. Gregory, Appellant,

v.

Lap–Chee TSUI, John R. Riordan, Francis S. Collins, Johanna M. Rommens, Michael C. Iannuzzi, Bat–Sheva Kerem, Mitchell L. Drumm, and Manuel Buchwald, Cross–Appellants.

Nos. 02–1343, 02–1344, 02–1345.

United States Court of Appeals, Federal Circuit.

DECIDED: April 10, 2003.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.